IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Mohammed Zedan | : | |
| | : | No. 19-14675-pmm |
| Debtor | : | |

## CERTIFCATE OF SERVICE

I, Erik B. Jensen, Esquire, Attorney for the above-named Debtor, hereby certifies that I caused a true and correct copy of the Debtor's Amended Chapter 13 Plan to be served upon the following parties as per the Claims Register, via first class regular mail on November 4, 2020:

LVNV Funding, LLC
Resurgent Capital Services
Attn: Susan I. Gaines
PO Box 10587
Greenville, SC 29603-0587

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz & Schneid, P.L.
Attn: Richard Piepes
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487

Wells Fargo Bank, N.A.
Default Document Processing
Attn: Jerome Blank
MAC# N9286-01Y
1000 Blue Gentian Road
Eagan MN 55121-7700

Bank of America, N.A.
Attn: Danette Tyler Murrell
PO BOX 31785
Tampa, FL 33631-3785

Wells Fargo Bank, N.A.
Wells Fargo Card Services
Attn: Brenda Lea Diehl
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

MidFirst Bank
Bankruptcy Department
Attn: Jerome Blank
999 NW Grand Boulevard, #110
Oklahoma City, OK 73118-6077

LVNV Funding, LLC
Resurgent Capital Services
Attn: David Lamb
PO Box 10587
Greenville, SC 29603-0587

Portfolio Recovery Associates, LLC
Akera Smith
POB 41067
Norfolk VA 23541

Synchrony Bank
c/o PRA Receivables Management, LLC
Attn: Valerie Smith
PO Box 41021
Norfolk VA 23541

Date: 11/5/2020                                              /s/ Erik B Jensen
                                                             Erik B. Jensen, Esquire
                                                             *Attorney for Debtor*