United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Mohamed Zedan  
    Debtor(s)

Case No. 19-14675-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Adminstra     Page 1 of 3  
Date Rcvd: Dec 03, 2020     Form ID: 155     Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mohamed Zedan, 48 Freedom Terrace, Easton, PA 18045-7442 |
| 14363386 | + | 1200 S Cedar Crest Blvd, Allentown, PA 18103-6202 |
| 14363388 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998 |
| 14363387 | + | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 14391696 | | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14363389 | + | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 14363392 | + | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14363393 | + | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14373913 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14372162 | | Jpmorgan Chase Bank, National Association, C/o Thomas Song, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14496474 | + | MIDFIRST BANK, C/O Rebecca Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14442701 | + | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14563435 | + | Wells Fargo Bank NA, 3476 Stateview Rd., Fort Mill, SC 29715-7200 |
| 14363397 | + | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 14396422 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14379478 | | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-7700 |
| 14377943 | | Wells Fargo Bank, N.A., C/o Robert J. Davidow, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14563299 | + | Wells Fargo Bank, N.A., c/o Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130 Mount Laurel, NJ 08054-1218 |
| 14363399 | | Wells Fargo Home Mor, Attn: Written Correspondence/Bankruptcy, Mac#2302-04e Pob 10335, Des Moines, IA 50306 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14396692 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Dec 04 2020 04:18:22 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA, 71203 |
| 14363390 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Dec 04 2020 04:14:41 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14363391 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Dec 04 2020 04:18:22 | Chase Mortgage, Attn: Bankruptcy Dept, Po Box 24696, Columbus, OH 43224 |
| 14371401 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 04 2020 04:14:43 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14363394 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 04 2020 04:16:32 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14397707 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 04 2020 04:18:25 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14399190 | + | Email/PDF: gecsedi@recoverycorp.com | | |

|  |  |  | Dec 04 2020 04:16:28 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| --- | --- | --- | --- | --- |
| 14363395 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 04 2020 04:16:27 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14363842 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 04 2020 04:18:21 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14363396 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 04 2020 04:16:28 | Synchrony Bank/Sams Club, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 14363398 | *+ | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 14563302 | *+ | Wells Fargo Bank, N.A., c/o Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 05, 2020        Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2020 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| ANDREW L. SPIVACK | on behalf of Creditor Wells Fargo Bank  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ERIK B. JENSEN | on behalf of Debtor Mohamed Zedan jeffrey@jensenbagnatolaw.com jordan@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com |
| JEROME B. BLANK | on behalf of Creditor MIDFIRST BANK. paeb@fedphe.com |
| REBECCA ANN SOLARZ | on behalf of Creditor MIDFIRST BANK. bkgroup@kmllawgroup.com |
| ROBERT J. DAVIDOW | on behalf of Creditor Wells Fargo Bank  N.A. robert.davidow@phelanhallinan.com |
| SCOTT F. WATERMAN (Chapter 13) | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |

District/off: 0313-4     User: Adminstra     Page 3 of 3
Date Rcvd: Dec 03, 2020     Form ID: 155     Total Noticed: 29

THOMAS YOUNG.HAE SONG
    on behalf of Creditor Jpmorgan Chase Bank  National Association paeb@fedphe.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor MidFirst Bank  FSB paeb@fedphe.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

Case 19-14675-pmm    Doc 57    Filed 12/05/20    Entered 12/06/20 00:43:58    Desc Imaged
Certificate of Notice    Page 3 of 4
District/off: 0313-4     User: Adminstra     Page 3 of 3
Date Rcvd: Dec 03, 2020     Form ID: 155     Total Noticed: 29

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Mohamed Zedan
      Debtor(s)

Chapter: 13

Bankruptcy No: 19−14675−pmm

---

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this December 3, 2020 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                          Patricia M. Mayer
                                          Judge ,
                                          United States Bankruptcy Court