**UNITED STATES BANKRUPTCY COURT**

**PHILADELPHIA DIVISION**

In Re:

        Mohamed Zedan,        Chapter: 13
                                    Bky No.: 19-14675-PMM

                Debtor

**ORDER**

    **AND NOW,** this 7th day of December 2020, upon consideration of **APPLICATION OF DEBTOR'S COUNSEL FOR APPROVAL OF COUNSEL FEES** submitted by Jensen Bagnato, P.C., counsel for debtor(s) and after notice it is hereby

    **ORDERED** that counsel fees in the amount $5,000.00 less $2,726.02 already paid with a remaining balance of $2,273.98 are allowed and maybe paid by the trustee to the extent provided in the confirmed plan. See 11USC§(330)(4)(B).

                                                **BY THE COURT:**

                                                *Patricia M. Mayer*
                                                _____
                                                Hon. Patricia M. Mayer
                                                U.S. Bankruptcy Judge

*******************************************