| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 19-14675-PMM**

MOHAMED ZEDAN
48 FREEDOM TERRACE
EASTON  PA    18045

Petition Filed Date: 07/26/2019
341 Hearing Date: 09/17/2019
Confirmation Date: 12/03/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/09/2020 | $775.00 | | 02/10/2020 | $775.00 | | 03/09/2020 | $775.00 | |
| 04/08/2020 | $775.00 | | 05/08/2020 | $775.00 | | 06/11/2020 | $775.00 | |
| 07/08/2020 | $775.00 | | 08/10/2020 | $775.00 | | 09/09/2020 | $775.00 | |
| 10/08/2020 | $775.00 | | 11/09/2020 | $775.00 | | 12/08/2020 | $775.00 | |
| 01/11/2021 | $775.00 | | 02/09/2021 | $775.00 | | 03/08/2021 | $775.00 | |
| 04/08/2021 | $775.00 | | 05/10/2021 | $775.00 | | 06/08/2021 | $775.00 | |

**Total Receipts for the Period: $13,950.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $17,825.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ERIK B JENSEN ESQ | Attorney Fees | $2,273.98 | $2,273.98 | $0.00 |
| 1 | LVNV FUNDING LLC »» 001 | Unsecured Creditors | $7,476.23 | $1,723.56 | $5,752.67 |
| 2 | CHASE BANK USA NA »» 002 | Unsecured Creditors | $6,134.51 | $1,414.25 | $4,720.26 |
| 3 | WELLS FARGO BANK NA »» 003 | Mortgage Arrears | $71.95 | $71.95 | $0.00 |
| 4 | BANK OF AMERICA »» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | WELLS FARGO BANK NEVADA NA »» 005 | Unsecured Creditors | $14,458.84 | $3,333.34 | $11,125.50 |
| 6 | MIDFIRST BANK »» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | LVNV FUNDING LLC »» 007 | Unsecured Creditors | $4,215.33 | $971.80 | $3,243.53 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES »» 008 | Unsecured Creditors | $4,893.44 | $1,128.15 | $3,765.29 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES »» 009 | Unsecured Creditors | $9,453.49 | $2,179.41 | $7,274.08 |
| 10 | SYNCHRONY BANK »» 010 | Unsecured Creditors | $10,721.71 | $2,471.79 | $8,249.92 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $17,825.00 | Current Monthly Payment: | $798.00 |
| Paid to Claims: | $15,568.23 | Arrearages: | ($614.00) |
| Paid to Trustee: | $1,559.27 | Total Plan Base: | $47,535.00 |
| Funds on Hand: | $697.50 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.