| UNITED STATES BANKRUPTCY COURT<br>Eastern District of Pennsylvania (Reading) | | NOTICE OF CHANGE OF ADDRESS |
|---|---|---|
| Name of Debtor(s):<br><br>Mohamed Zedan | Case Number:<br><br>4:2019-bk-14675 | |
| Name of Creditor:<br>Wells Fargo Bank, N.A. | | |
| Name of Current Servicer of account:<br>Wells Fargo Bank, N.A. | | **COURT USE ONLY** |
| Name and NEW Address where notices should be sent:<br><br>Wells Fargo Bank, N.A.<br>MAC N9286-01Y<br>P.O. Box 1629<br>Minneapolis, MN 55440-9790<br>Telephone Number: 800-274-7025<br><br>Prior notice address:<br><br>Wells Fargo Bank, N.A.<br>MAC N9286-01Y<br>1000 Blue Gentian Road<br>Eagan, MN 55121-7700 | | **X** Check this box if you are changing the address that notices will go to. |
| Name and address where payments should be sent:<br><br>  Wells Fargo Bank, N.A.<br>  Attention: Payment Processing<br>  MAC F2302-04C<br>  1 Home Campus<br>  Des Moines, IA 50328<br>  Telephone Number: 800-274-7025 | | __ Check this box if you are changing the address that payments will go to. |
| 1.   **Account Number: 3641  UCID: WFCMGF1914675PAE64083641** | | __ Check this box if the account number has changed. |
| 2.   **Court Claim Number: 3** | | |
| 3.   **Signature:**<br><br> **Check the appropriate box.**<br>    X  **I am the creditor.**<br>       **I am the creditor's authorized agent.**  (Attach copy of power of attorney, if any.)<br>       **I am the trustee, or the debtor.**<br>       **I am a guarantor, surety, endorser, or other codebtor.**<br><br>  By:   /s/ Karen Sue Branas                Date:  01/19/2022<br>          VP Loan Documentation | | |

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## READING DIVISION

IN RE:                                        CASE NO.:     19-14675

**Mohamed Zedan**                     CHAPTER:     13

         **Debtor(s).**

_____ /

### CERTIFICATE OF SERVICE

I hereby certify that on or before January 20, 2022, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

**SERVICE LIST**

| | |
|---|---|
| *Debtor:* | *By U.S. Postal Service First Class Mail Postage Prepaid:* |
| | Mohamed Zedan<br>48 Freedom Terrace<br>Easton, PA 18045 |
| *Debtor's Attorney:* | *By CM / ECF Filing:* |
| | ERIK B. JENSEN<br>Jensen Bagnato, PC<br>1500 Walnut St.<br>Suite 1510<br>Philadelphia, PA 19102 |
| *Trustee:* | *By CM / ECF Filing:* |

| | |
|---|---|
| *Trustee:* | SCOTT F. WATERMAN (Chapter 13)<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 |

/s/ John Shelley
_____
InfoEx, LLC
(as authorized agent for Wells Fargo Bank, N.A.)