| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 19-14675-PMM**

MOHAMED ZEDAN
48 FREEDOM TERRACE
EASTON  PA   18045

Petition Filed Date: 07/26/2019
341 Hearing Date: 09/17/2019
Confirmation Date: 12/03/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/08/2021 | $775.00 | | 05/10/2021 | $775.00 | | 06/08/2021 | $775.00 | |
| 07/09/2021 | $775.00 | | 08/09/2021 | $775.00 | | 09/10/2021 | $775.00 | |
| 10/08/2021 | $775.00 | | 11/08/2021 | $775.00 | | 12/09/2021 | $775.00 | |
| 01/10/2022 | $775.00 | | 02/08/2022 | $775.00 | | 03/08/2022 | $775.00 | |
| 04/08/2022 | $775.00 | | 05/09/2022 | $775.00 | | 06/08/2022 | $775.00 | |
| 07/12/2022 | $775.00 | | | | | | | |

**Total Receipts for the Period:  $12,400.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $27,900.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ERIK B JENSEN ESQ | Attorney Fees | $2,273.98 | $2,273.98 | $0.00 |
| 1 | LVNV FUNDING LLC »» 001 | Unsecured Creditors | $7,476.23 | $3,016.66 | $4,459.57 |
| 2 | CHASE BANK USA NA »» 002 | Unsecured Creditors | $6,134.51 | $2,475.27 | $3,659.24 |
| 3 | WELLS FARGO BANK NA »» 003 | Mortgage Arrears | $71.95 | $71.95 | $0.00 |
| 4 | BANK OF AMERICA »» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | WELLS FARGO BANK NEVADA NA »» 005 | Unsecured Creditors | $14,458.84 | $5,834.20 | $8,624.64 |
| 6 | MIDFIRST BANK »» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | LVNV FUNDING LLC »» 007 | Unsecured Creditors | $4,215.33 | $1,700.89 | $2,514.44 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES »» 008 | Unsecured Creditors | $4,893.44 | $1,974.52 | $2,918.92 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES »» 009 | Unsecured Creditors | $9,453.49 | $3,814.52 | $5,638.97 |
| 10 | SYNCHRONY BANK »» 010 | Unsecured Creditors | $10,721.71 | $4,326.25 | $6,395.46 |

**Chapter 13 Case No. 19-14675-PMM**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $27,900.00 | Current Monthly Payment: | $798.00 |
| Paid to Claims: | $25,488.24 | Arrearages: | $483.00 |
| Paid to Trustee: | $2,411.75 | Total Plan Base: | $47,535.00 |
| Funds on Hand: | $0.01 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.