| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 19-14675-PMM**

MOHAMED ZEDAN
48 FREEDOM TERRACE
EASTON  PA    18045

Petition Filed Date: 07/26/2019
341 Hearing Date: 09/17/2019
Confirmation Date: 12/03/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2023 | $775.00 | | 09/11/2023 | $775.00 | | 10/10/2023 | $775.00 | |
| 11/08/2023 | $775.00 | | 12/08/2023 | $775.00 | | 01/09/2024 | $775.00 | |
| 02/08/2024 | $775.00 | | 03/08/2024 | $775.00 | | 04/08/2024 | $775.00 | |
| 05/09/2024 | $775.00 | | 06/10/2024 | $775.00 | | 07/09/2024 | $775.00 | |

**Total Receipts for the Period: $9,300.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $47,275.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | ERIK B JENSEN ESQ | Attorney Fees | $2,273.98 | $2,273.98 | $0.00 |
| 1 | LVNV FUNDING LLC »» 001 | Unsecured Creditors | $7,476.23 | $5,311.91 | $2,164.32 |
| 2 | CHASE BANK USA NA »» 002 | Unsecured Creditors | $6,134.51 | $4,358.62 | $1,775.89 |
| 3 | WELLS FARGO BANK NA »» 003 | Mortgage Arrears | $71.95 | $71.95 | $0.00 |
| 4 | BANK OF AMERICA »» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | WELLS FARGO BANK NEVADA NA »» 005 | Unsecured Creditors | $14,458.84 | $10,273.21 | $4,185.63 |
| 6 | MIDFIRST BANK »» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | LVNV FUNDING LLC »» 007 | Unsecured Creditors | $4,215.33 | $2,995.04 | $1,220.29 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES »» 008 | Unsecured Creditors | $4,893.44 | $3,476.82 | $1,416.62 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES »» 009 | Unsecured Creditors | $9,453.49 | $6,716.85 | $2,736.64 |
| 10 | SYNCHRONY BANK »» 010 | Unsecured Creditors | $10,721.71 | $7,617.90 | $3,103.81 |
| 11 | CHASE MORTGAGE | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | 1200 S CEDAR CREST BLVD | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | BANK OF AMERICA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | SYNCHRONY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | WELLS FARGO BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

Chapter 13 Case No. 19-14675-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $47,275.00 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $43,096.28 | Arrearages: | $260.00 |
| Paid to Trustee: | $4,178.71 | Total Plan Base: | $47,535.00 |
| Funds on Hand: | $0.01 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.